JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIJIE CHEN,<br><br>　　　　Petitioner<br><br>　　v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>　　　　Respondents. | Case No. 5:26-cv-01684-MCS-PVC<br><br>**JUDGMENT** |

Pursuant to the Order Re: Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner with an individualized bond hearing within seven days, they must immediately release him.

Dated: May 19, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE